IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN JACKSON,** | Case No. 2:08-cv-01954 MCE JFM |
| Plaintiff, | **ORDER** |
| v. | |
| **ROBIN DEZEMBER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request extension of time to file a joint status report in this matter is granted. The joint status report is now due on June 11, 2009.

DATED: June 2, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

.