```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  KEVIN JACKSON, an individual,       No. 2:08-cv-1954-MCE-JFM
    individually and on behalf of
12  all others similarly situated,
13            Plaintiffs,
14       v.                              ORDER
15  ROBIN DEZEMBER, Director of
    Division of Correctional
16  Health Care Services of the
    California Department of
17  Corrections and
    Rehabilitation, in his
18  individual and official
    capacities; et al.,
19
              Defendants.
20
21                      ----oo0oo----
22
23       Good cause having been shown, Plaintiff's unopposed request
24  for an extension of time of three (3) court days to submit the
25  Joint Preliminary Report and Discovery Plain is granted.
26  ///
27  ///
28  ///
```

1

1  The Joint Statement is now due June 16, 2009.
2         IT IS SO ORDERED.
3  
    Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE