UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | | |
|---|---|---|
| KEVIN JACKSON, | ) | CASE NO: 2:08-cv-01954-KJM-JFM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| ALVARO TRAQUINA, et. al. | ) ) | |
| Defendants. | ) ) | |
| | ) | |

The stipulation of the parties to extend discovery cut-off for 45 days to October 14, 2011 is accepted.

Discovery cut-off is extended until October 14, 2011.

IT IS SO ORDERED.

DATED:  September 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

1

**ORDER**