IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

      Plaintiff,                                  Civ. No. S-08-1954 KJM JFM

    vs.

                                                     ORDER

ALVARO TRAQUINA, et al.,

      Defendants.

_____/

       This case is currently on the court's calendar for February 24, 2012 for a hearing on defendants' motion for summary judgment. The case was originally set for hearing in January, but in a minute order dated December 28, 2011, the hearing was reset and plaintiff was given two weeks after the issuance of the order to file his opposition to the motion for summary judgment. He has not opposed or otherwise responded to the court's order.

       IT IS THEREFORE ORDERED THAT:

       1. The hearing on the motion for summary judgment, currently set for February 24, 2012, is hereby vacated; and

/////

/////

/////

1

    2. Plaintiff is ordered to show cause within fourteen days of the date of this order why the case should not be dismissed for his failure to prosecute and to respond to the court's order.

DATED: February 21, 2012.

_____
UNITED STATES DISTRICT JUDGE